### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANCIS CRAIG FARRIS JR., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RANDALL G. WORKMAN, Warden, )<br>)<br>Respondent. ) | Case No.  CIV-07-0931-F |

### ORDER

Petitioner, a state prisoner appearing *pro se* whose pleadings are liberally construed, brings this action pursuant to 28 U.S.C. § 2254, seeking habeas relief from a state court conviction.

Magistrate Judge Doyle W. Argo entered his Report and Recommendation in this matter on September 5, 2008.  (Doc. no. 24.)  In that Report, the magistrate judge recommended that the petition be denied.  The Report further advised petitioner of his right to file an objection to the Report by September 25, 2008.  The Report advised petitioner that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the Report.  No objection has been filed, and no request for an extension of time has been filed.

After review, and with there being no objection, the court finds and concludes that it concurs with the magistrate judge's determinations and further finds that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Doyle W. Argo is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition for writ of habeas corpus is **DENIED**.

Dated this 10th day of October, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0931p004.wpd